and Others, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

John E. McCarthy, as Sole Surviving Executor, etc., of Pierce J. McCarthy, Deceased, Appellant, v. John F. Crosson, Respondent.— Judgment affirmed, without costs. No opinion. Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

The Morton-Lange Construction Company, Respondent, v. Julia H. Boisse and William H. Parker, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

The People of the State of New York, Respondent, v. Barausch Schneider and Others, Appellants.— Appeal dismissed by default and stay vacated. Present — Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ.

Rickert-Finlay Realty Company, Appellant, v. Illinois Surety Company, Respondent.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the testimony as to statements by Mr. Mackay, in view of the evidence of his authority as defendant's manager, raised a question of waiver for the jury; also that defendant's return of Mr. King's itemized statement of the expense of completion, without objection to its form, coupled with a denial of liability, waived defendant's right afterwards to demand a more formal certificate by the architect. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Charles Serota and Others, Copartners, Doing Business as Serota Brothers, Respondents, v. Adolph Kiendl, Appellant. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

Charles Serota and Others, Copartners, Doing Business as Serota Brothers, Respondents, v. Adolph Kiendl, Appellant. (Appeal No. 2.) — Order appealed from entered April 17, 1913, affirmed, with ten dollars costs and disbursements. Appeal from order dated April 2, 1913, dismissed. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ. concurred.

Thomas Smith, an Infant, by Michael Smith, His Guardian ad Litem, Appellant, v. F. W. Devoe and C. T. Raynolds Company, Respondent.— Order setting aside verdict unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ.

William B. Vansize, Respondent, v. William A. A. Brown, Appellant.— Final and interlocutory judgments affirmed, with costs. No opinion. Burr, Thomas, Carr, Rich and Stapleton, JJ., concurred.

Voska, Foelsch & Sidlo, Incorporated, Respondent, v. Fort Washington Construction Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Rich and Stapleton, JJ., concurred; Hirschberg, J., not voting.

Cornelia Kellum, Respondent, v. Alice J. Corr and Others, Respondents, and the Mission of the Immaculate Virgin, etc., Appellant.— Motion to resettle order denied, without costs. Present — Jenks, P. J., Burr, Thomas, Carr and Rich, JJ.